In the Matter of the Arbitration between INTERNATIONAL RETAIL, WHOLESALE AND DEPARTMENT STORE UNION, C.I.O., Respondent, and PROGRESSIVE DRUG COMPANY, INC., Appellant.

Submitted April 4, 1949; decided April 20, 1949.

*James S. Tobin* for appellant.

*Arthur K. Garfinkel, Robert Markewich* and *John R. Harold* for respondent.

Order affirmed, with costs. Question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.